# United States District Court
# For The Western District of North Carolina
# Statesville Division

CHRISTOPHER ISLAR,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                            CASE NO. 5:10CV28

FNU CAPUTO, FNU PENNELL,
FNU BARKER, AND FNU CURTIS ,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Jury Trial and a verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury Verdict entered on September 26, 2012.

                                                  Signed: November 15, 2012

                                                  Frank G. Johns, Clerk
                                                  United States District Court