IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:10-cv-00028-RLV-DSC

| | |
|---|---|
| CHRISTOPHER ISLAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| FNU HICKS, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Final Execution and Order to Preclude Exempt Property Rights against Judgment Debtor David Caputo. (Doc. 99.)

Judgment was entered on November 15, 2012, in favor of Plaintiff as against Defendant Caputo for recovery of the sum of $1,150.00. (Doc. 90.) Notice of Right to Have Exemptions Designated was issued by the Clerk on December 14, 2012 (Doc. 97), and Defendant Caputo has not responded. Additionally, the Judgment has not been satisfied.

**IT IS, THEREFORE, ORDERED** that this Motion for Final Execution and Order to Preclude Exempt Property Rights be **GRANTED**. None of the Judgment Debtor's property shall be set aside as exempt from the execution of said Judgment.

Signed: April 3, 2013

*/s/ Richard L. Voorhees*
Richard L. Voorhees
United States District Judge